People v Reibel (2023 NY Slip Op 02272)

People v Reibel

2023 NY Slip Op 02272

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023

PRESENT: WHALEN, P.J., SMITH, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Apr. 28, 2023.) 

MOTION NO. (1242/19) KA 17-02143.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
MICHAEL REIBEL, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.